**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

TWA:DSM:GJKlimas
5-48-22220
CMN 2014101072

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6346*
*Telecopier: (202) 514-6866*

June 23, 2014

*Via Federal Express*
William T. Walsh, Clerk
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

( KM )

Re:   United States v. Michael Balice, et al., No. 2:14-cv-03937 (USDC D.N.J)

Dear Mr. Walsh:

In compliance with Local Rule of Civil Procedure 5.1(e), enclosed are a civil cover sheet and four copies of the United States' complaint, which was filed electronically with the court on June 19, 2014.

This civil action is commenced at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, pursuant to 26 U.S.C. §§ 7401 and 7403.

Please direct any questions to Geoff Klimas of this office (202) 307-6346.

Sincerely yours,

RECEIVED

JUN 24 2014

M
WM T. WALSH, CLERK

By:

TAMARA W. ASHFORD
Acting Assistant Attorney General
Tax Division

DEBORAH S. MELAND
Chief, Civil Trial Section,
Eastern Region

Enclosures